

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00372-CR

Richard **SALAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3657
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 1, 2016.

_____
Karen Angelini, Justice